17 F.3d 1428
 Bellaire Corporation, Appellant in No. 93-3228
v.
Florence Mining Company, Atlantic City Electric Company
Baltimore Gas and Electric, Delmarva Power & Light Company,
Metropolitan Edison Company, Pennsylvania Power & Light
Company, Philadelphia Electric Company, Potomac Electric
Power Company, Public Services Electric and Gas Company, UGI
Corporation, Florence Mining Company, Appellant in No. 93-3233
 NOS. 93-3228, 93-3233
 United States Court of Appeals,
Third Circuit.
 Jan 25, 1994
 
 Appeal From: W.D.Pa.,
 Bloch, J.
 
 
 1
 AFFIRMED.